167 So.2d 666

**SUCCESSION OF Julia THERIOT**

v.

**Mrs. Alida Theriot BROUSSARD et al.**

No. 47409.

Oct. 7, 1964.

In re: Mark Richard et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Cameron. 165 So.2d 27.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

167 So.2d 666

**Marie Louise HEATLY et al.**

v.

**E. H. REEDER CONSTRUCTION COMPANY, Inc., et al.**

No. 47415.

Oct. 7, 1964.

In re: E. H. Reeder Construction Company, Inc., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 165 So.2d 651.

Writ denied. No error of law under the facts found by the Court of Appeal.

167 So.2d 666

**Marie Louise HEATLY et al.**

v.

**E. H. REEDER CONSTRUCTION COMPANY, Inc., et al.**

No. 47422.

Oct. 7, 1964.

In re: Gulf States Utilities Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 165 So.2d 651.

Writ denied. No error of law under the facts found by the Court of Appeal.

167 So.2d 667

**FRED E. COOPER, INC.**

v.

**A. T. FARR, Jr.**

No. 47426.

Oct. 7, 1964.

In re: Fred E. Cooper, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Richland. 165 So.2d 605.

Writ refused. The result is correct.